IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| WILLIAM GREEN, also known as "FIDEL," and "FOO" | NO.  04-680-02 |

### O R D E R

**AND NOW**, this 15th day of April, 2015, upon consideration of Motion to Reduce Sentence of *pro se* defendant, William Green (Document No. 749, filed October 31, 2014), the Court having reviewed the report of the Federal Community Defender Office appointed preliminarily to review all drug cases in this District to determine eligibility of defendants for retroactive drug offense level reduction under United States Sentencing Guidelines Amendment 782,[1] and the Federal Community Defender Office having concluded that *pro se* defendant, William Green, is not eligible for a reduction of his sentence under Amendment 782 because he was sentenced based on the career offender provisions of the  United States Sentencing Guidelines, not § 2D1.1, the Guideline for drug offenses based on drug quantity, and the Court having independently reviewed the case and determined that *pro se* defendant, William Green, is not eligible for a sentence reduction because his sentence was based on the career offender provisions of the Guidelines, **IT IS ORDERED** that Motion to Reduce Sentence of *pro se* defendant, William Green is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate this Court's decision that the Motion to Reduce Sentence

---

[1] A copy of the report from the Federal Community Defender Office dated April 14, 2015, shall be docketed by the Deputy Clerk.

does not state a valid claim of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

          **BY THE COURT:**

          **/s/ Hon. Jan E. DuBois**

          **DuBOIS, JAN E., J.**